TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00251-CV

Archie Birkner, Katherine Birkner, Estanislada Barlow, Edward Ferris, Cynthia Ferris,
Rudy Avila, Esther Avila, Carlos Jiminez and Sylvia Jiminez, Appellants

v.

State Farm Lloyds USAA Casualty Insurance Company, and State Farm Fire and
Casualty Insurance Company, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. 97-09997, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING 

PER CURIAM

 Appellants Archie Birkner, Katherine Birkner, Estanislada Barlow, Edward Ferris,
Cynthia Ferris, Rudy Avila, Esther Avila, Carlos Jiminez and Sylvia Jiminez appeal from the trial
court's Order Granting State Farm Lloyds USAA Casualty Insurance Company, and State Farm
Fire and Casualty Insurance Company's Motion to Strike Plaintiffs' First Amended Petition and
Order of Dismissal.

 The Clerk of this Court filed the clerk's record in this cause on June 15, 1998. 
Accordingly, appellants' brief was due on Wednesday, July 15, 1998. See Tex. R. App. P.
38.6(a)(1). Appellants' Second Motion for Extension of Time to File Appellants' Brief was filed
by this office on November 13, 1998. Appellants' Third Motion for Extension of Time to File
Appellants' Brief was filed by this office on November 23, 1998.

 On January 13, 1999, the Clerk of this Court filed appellants' and appellees'
Agreed Motion to Dismiss Appeal with Prejudice. We grant the Agreed Motion to Dismiss
Appeal with Prejudice.

 We dismiss the appeal with prejudice. See id 42.1(a)(1).

 We dismiss appellants' motions for extension of time to file appellants' brief as
moot.

Before Chief Justice Aboussie, Justices Kidd and Patterson

Dismissed with Prejudice on Agreed Motion

Filed: January 28, 1999

Do Not Publish